# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　vs.<br><br>REBECCA GUADALUPE GOMEZ-ELIZONDO,<br><br>　　　　　　　Defendant. | CASE NO. 13CR2125-MMA<br><br><br>**JUDGMENT OF DISMISSAL** |

　　　　　　　IT APPEARING that the defendant is now entitled to be discharged for the reason that:

___ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___ the Court has dismissed the case for unnecessary delay; or

_X_ the Court has granted the motion of the Government for dismissal, with prejudice; or

___ the Court has granted the motion of the defendant for a judgment of acquittal; or

___ a jury has been waived, and the Court has found the defendant not guilty; or

___ the jury has returned its verdict, finding the defendant not guilty;

_X_ of the offense(s) as charged in the Information:

　　8:1324(a)(1)(A)(ii)and(v)(II)


　　　　　　　IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 2/3/15

_____
Jan M. Adler
U.S. Magistrate Judge